UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R. ALEXANDER ACOSTA,
Secretary of Labor,

    Petitioner,

v.                                                                                                  Case No.: 8:17-mc-59-T-33AAS

AL QADERI, INC. and MUJAHED
ELBOOZ,

    Respondents.
_____/

## ORDER AND REPORT AND RECOMMENDATION TO CLOSE FILE

This matter comes before the Court on Petitioner R. Alexander Acosta's Petition to Enforce Administrative Subpoena Duces Tecum Issued by the Wage and Hour Division (Doc. 1), Petitioner's Secretary of Labor's Petition for Adjudication in Civil Contempt as to Al Qaderi, Inc. and Mujahed Elbooz (Doc. 6), and responses thereto (Docs. 5, 7). On September 19, 2017, the parties appeared before the undersigned for a hearing on this matter.

As stated on the record at the hearing, it is **ORDERED** that:

(1) The parties reached an agreement during a break in today's hearing. Per the agreement of the parties, by October 6, 2017, Defendants shall produce the documents requested in the administrative subpoena, to the extent that such documents exist and in whatever form they may exist. Defendants' response may include stipulations. By way of example, Defendants' response to the third request may include a stipulation to the issue underlying that request and not the production of documents sufficient to identify the gross annual dollar volume of sales for 2015 and 2016.

(2)     Petitioner's Secretary of Labor's Petition for Adjudication in Civil Contempt as to Al Qaderi, Inc. and Mujahed Elbooz (Doc. 6) is **DENIED as moot**.

It is respectfully **RECOMMENDED** that this case remain open for 60 days, after which time the Clerk of Court shall be directed to close the file.

**DONE AND ENTERED** in Tampa, Florida on this 19th day of September, 2017.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge